IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. BARDO,

      Plaintiff,                    No. CIV S-09-1645 FCD KJM P

   vs.

R. J. SUBIA, Warden, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

/////

/////

1

1     2. Plaintiff shall submit, within thirty days from the date of this order, a fully
2  completed in forma pauperis application. Plaintiff's failure to comply with this order will result
3  in a recommendation that this action be dismissed without prejudice.
4  DATED: June 13, 2009.

_____
U.S. MAGISTRATE JUDGE

7  /kly
   bard1645.3c