IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. BARDO,

      Plaintiff,                     No. 2: 09-cv-1645 FCD KJN P

   vs.

SUBIA, et al.,

      Defendants.            ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  On November 8, 2010, plaintiff filed a motion for mandatory disclosure pursuant to Federal Rule of Civil Procedure 26.  On November 10, 2010, defendants filed an opposition to this motion.  Defendants correctly observe that under Federal Rule of Civil Procedure 26(a)(1)(B)(iv), an action brought without an attorney by a person in custody is exempt from the initial disclosure requirements of Rule 26.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for mandatory disclosure (Dkt. No. 38) is denied.

DATED:  November 18, 2010

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE

bar1645.ord

1