1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT J. BARDO,

11            Plaintiff,                        No. 2: 09-cv-1645 FCD KJN P

12        vs.

13   SUBIA et al.,

14            Defendants.                 ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding without counsel, has filed this civil rights

17   action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19            On October 25, 2010, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Neither

22   party has filed objections to the findings and recommendations.

23            The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1          1.  The findings and recommendations filed October 25, 2010 are adopted in full;

2          2. Defendants' motion to dismiss (Dkt. No. 23) is denied.

3  DATED: January 3, 2011.

4

5                                               

6                          FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26